**Order entered March 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01460-CR

### THE STATE OF TEXAS, Appellant

### V.

### GEORGE THOMPSON, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13978-G**

## ORDER

We **REINSTATE** the appeal.

By order entered March 8, 2019, the Court granted Jessica Warren's motion to withdraw as appellee's counsel and appellee's motion for an extension of time to file his brief. The Court abated the appeal to allow the trial court to determine whether appellee is indigent and entitled to appointed counsel. The trial court has filed a supplemental clerk's record showing the trial court has found appellee indigent and appointed Nigel Redmond as appellee's new counsel.

We **DIRECT** the Clerk of the Court to reflect Nigel Redmond as appellee's appointed counsel and to send all future correspondence to Nigel Redmond; 1910 Pacific Avenue; Suite 5015; Dallas, Texas 75201; telephone: (214) 534-0717; alternative telephone: (469) 301-2400; email: nigel@nigelredmondlaw.com.

We **ORDER** appellee's brief filed on or before April 24, 2019.

/s/    CORY L. CARLYLE
         JUSTICE